UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No.    08 CR 530 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| DWAYNE WILLIAMS | ) | |

## GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, Eastern Division, hereby moves this Court to enter an order directing that all materials produced to defendant in this case, including reports and other materials to be disclosed as part of the government's discovery obligations in this case, be subject to a protective order.  In support of this motion, the government states as follows:

1.    On July 7, 2008, defendant was arrested and on July 8 a complaint was filed charging defendant with distribution of a controlled substance.  The arrest followed an investigation which included the use of a confidential informant who recorded conversations with defendant.

2.    The government expects to produce the recordings, reports and other information pertaining to the investigation and confidential informant, pursuant to the government's discovery obligations in this case.  The government requests that the Court enter the attached draft protective order covering materials to be produced in this case due to the sensitive law enforcement content of these materials.

3.    There are safety concerns related to confidential informant in this case who is mentioned in the reports and whose voice can be heard on the recordings the government will produce. Identification of the confidential informant by the informant's voice could compromise the safety of the informant.

4.    The government requests that the documents produced in this case be disclosed to defendant and his counsel subject to the following conditions: (a) that the materials be used solely in

connection with the defense of this case and for no other purpose and in connection with no other proceeding; (b) that the materials shall not be disclosed either directly or indirectly to any person or entity other than defendant, defendant's counsel, persons employed to assist in the defense, or such other persons as to whom the Court may authorize disclosure; (c) that any notes or records of any kind that defendant or defense counsel may make relating to the contents of the materials shall not be disclosed to anyone other than the defendant, defense counsel, and persons employed to assist the defense, or such other person as to whom the Court may authorize disclosure; (d) that any copies of the materials made by defendant or defendant's counsel shall be treated as set forth above; and (e) that violation of this Order may result in the imposition of civil and criminal sanctions.

WHEREFORE, the government respectfully moves this Court to enter the attached protective order directing that materials produced by the government in this case be handled in the manner indicated in the draft order.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:     /s Michael T. Donovan
Michael T. Donovan
Assistant United States Attorney
219 South Dearborn Street, Suite 500
Chicago, Illinois 60604
312-886-2035

Dated: August 15, 2008

3

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

## GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER

was served on August 15, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

    /s Michael T. Donovan

MICHAEL T. DONOVAN
Assistant United States Attorney
Suite 500
219 South Dearborn Street
Chicago, Illinois
(312) 886-2035
Attorney no. 6224815

4