UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No.   08 CR 530 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| DWAYNE WILLIAMS | ) | |

## NOTICE OF MOTION

   PLEASE TAKE NOTICE that on Tuesday August 26, 2006, at 9:30 a.m., or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Ronald A. Guzman, or any Judge sitting in his place or stead, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois 60604, and present the **GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER**.

      /s Michael T. Donovan
      Michael T. Donovan
      Assistant United States Attorney
      219 South Dearborn St., Suite 500
      Chicago, Illinois 60604
      (312) 886 - 2035
      Attorney no. 6224815

Dated: August 21, 2008