UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 530 |
| | ) | |
| v. | ) | Judge Jeffrey Cole |
| | ) | |
| DWAYNE WILLIAMS | ) | UNDER SEAL |

### GOVERNMENT'S MOTION TO SEAL

The UNITED STATES OF AMERICA, by its Attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves this Honorable Court for entry of an order sealing the complaint and affidavit in this case, as well as this motion and any order granting this motion until further order of court.

On July 8, 2008, the government filed a complaint in this matter, and submitted an affidavit in support of the complaint. Special Agent Connie Kuriata of the Drug Enforcement Administration ("DEA") is the primary source of information for the complaint and affidavit. Special Agent Kuriata's Affidavit details the facts supporting probable cause that Dwayne Williams distributed cocaine in violation of 21 U.S.C. §§ 841(a)(1) on May 9, 2008.

The government's investigation into Williams, and others vaguely referenced in Special Agent Kuriata's affidavit, continues. In addition, the government is continuing to work with the confidential source identified in the affidavit as CS4 ("CS4"). If the complaint and Special Agent Kuriata's affidavit, do not remain sealed during this period, the information included in the affidavit attached to the complaint may compromise the investigation of Williams and other individuals by DEA, could compromise the safety of the agents conducting that investigation, could compromise the safety of CS4 who provided some of the information set forth in the affidavit, and could impede further effective cooperation by CS4. Disclosure of the information contained in the affidavit to

other individuals under investigation, could result in flight from prosecution, evidence tampering, or otherwise seriously jeopardize this investigation. CS4 remains in contact with certain persons under investigation, and if those persons were to learn of the information contained in the affidavit, CS4's safety could be in jeopardy.

Wherefore, the government requests that the complaint and attached affidavit, this motion, and any order granting this motion be sealed until further order of court.

                                              Respectfully submitted,
                                              PATRICK J. FITZGERALD
                                              United States Attorney

By: _____
        Michael T. Donovan
        Assistant United States Attorney
        (312) 886-2035

Dated: July 8, 2008