## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 530 - 1 | **DATE** | 7/8/2008 |
| **CASE TITLE** | UNDER SEAL:   United States of America vs. Dwayne Williams | | |

**DOCKET ENTRY TEXT**

Government's motion to seal the case until further order of court is granted.   Enter Order.

■ [ For further detail see separate order(s).]                                                           No notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|