UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 530 |
| | ) | |
| v. | ) | Judge Jeffrey Cole |
| | ) | |
| DWAYNE WILLIAMS | ) | **UNDER SEAL** |

### ORDER

This matter comes before the Court on the Government's Motion to Seal. It is hereby ordered that:

The Motion is granted and the complaint and attached affidavit, the government's motion, and this order granting this motion, are sealed until further order of court.

_____
Jeffrey Cole
United States Magistrate Judge

DATED: July 8, 2008