## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 530 - 1 | **DATE** | 7/8/2008 |
| **CASE TITLE** |  | UNDER SEAL: United States of America vs. Dwayne Williams | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Dwayne Williams appears in response to arrest on 7/8/08. Defendant informed of his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel, his right to a preliminary hearing, of the charges against him and the maximum penalty. Bond hearing and preliminary examination hearing are set for Wednesday, July 9, 2008 at 2:00 p.m. Defendant shall be detained until the bond hearing or until further order of court.

No notices

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

Case 1:08-cr-00530    Document 8    Filed 07/08/2008    Page 1 of 1

08CR530 - 1 UNDER SEAL: United States of America vs. Dwayne Williams    Page 1 of 1