## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 530 - 1 | **DATE** | 7/9/2008 |
| **CASE TITLE** | UNDER SEAL:   USA vs. Dwayne Williams | | |

**DOCKET ENTRY TEXT**

Bond hearing held and continued to Friday, July 11, 2008 at 9:00 a.m.

00:30

| | Courtroom Deputy Initials: | CDH |
|---|---|---|