# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 530 - 1 | **DATE** | 7/11/2008 |
| **CASE TITLE** | UNDER SEAL:  USA vs. Dwayne Williams | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Parties agree on bond. Enter order of Condictions of release. Defendant is release on a Secured bond.

NO NOTICES.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

08CR530 - 1 UNDER SEAL:  USA vs. Dwayne Williams                                                                Page 1 of 1