UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 08 CR 530 |
| | ) | |
| | ) | Violations: Title 21, |
| v. | ) | United States Code, |
| | ) | Sections 841(a)(1) and 846, |
| | ) | and Title 18, United States Code, |
| DWAYNE WILLIAMS | ) | Section 2. |

FILED
AUG 06 2008
8-6-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE RONALD GUZMAN
MAGISTRATE JUDGE COLE

### COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

In or about April 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere:

### DWAYNE WILLIAMS

defendant herein, did conspire with others, knowingly and intentionally to possess with intent to distribute and to distribute controlled substances, namely, mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about April 23, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

## DWAYNE WILLIAMS

defendant herein, knowingly and intentionally distributed a controlled substance, namely, a mixture and substance containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT THREE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about May 9, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

## DWAYNE WILLIAMS

defendant herein, knowingly and intentionally distributed a controlled substance, namely, a mixture and substance containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY