

Felony

F I L E D
8-6-08
BMB

AUG X 6 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  NO ☐  YES X  If the answer is "Yes", list the case number and title of the earliest filed complaint: 08 CR 530- United States of America v. Dwayne Williams-Judge Cole

**JUDGE RONALD GUZMAN**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X  YES    If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

**MAGISTRATE JUDGE COLE**

3) Is this a re-filing of a previously dismissed indictment or information?    NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   **FELONY X**   **MISDEMEANOR ☐**

7) **Does this indictment or information involve eight or more defendants?**   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO   YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .................. (II)
   ☐ Criminal Antitrust . (II)
   ☐ Bank robbery .............. (II)
   ☐ Post Office Robbery  (II)
   ☐ Other Robbery ............. (II)
   ☐ Assault .................... (III)
   ☐ Burglary ................... (IV)
   ☐ Larceny and Theft . (IV)
   ☐ Postal Embezzlement ........ (IV)
   ☐ Other Embezzlement ......... (III)

   ☐ Income Tax Fraud ............. (II)
   ☐ Postal Fraud ................. (II)
   ☐ Other Fraud .................. (III)
   ☐ Auto Theft ................... (IV)
   ☐ Transporting Forged Securities ...... (III)
   ☐ Forgery ...................... (III)
   ☐ Counterfeiting ............... (III)
   ☐ Sex Offenses ................. (II)
   ☐ DAPCA Marijuana   (III)
   ☒ DAPCA Narcotics    (III)

   ☐ DAPCA Controlled Substances ........ (III)
   ☐ Miscellaneous General Offenses ........ (IV)
   ☐ Immigration Laws   (IV)
   ☐ Liquor, Internal Revenue Laws ........ (IV)
   ☐ Food & Drug Laws    (IV)
   ☐ Motor Carrier Act    (IV)
   ☐ Selective Service Act ................ (IV)
   ☐ Obscene Mail ................. (III)
   ☐ Other Federal Statutes ............. (III)
   ☐ Transfer of Probation Jurisdiction ....... (V)

10) List the statute of each of the offenses charged in the indictment or information.
    Title 21, United States Code, Sections 841(a)(1); and 846;
    Title 18, United States Code, Section 2.

*Michael Donovan* (signature)

Michael Donovan (312) 886-2035
Assistant United States Attorney

(Revised 12/99)