Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

06 GJ 925 

| Name of Assigned Judge or Magistrate Judge | **JUDGE RONALD GUZMAN** | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 530 | DATE | August 6, 2008 |
| CASE TITLE | US v. DWAYNE WILLIAMS | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDING

### SPECIAL MARCH 2007

The Grand Jury for the _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _____

*[signed] Jeff Cole*

FILED AUG X 6 2008
8-6-08
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

DOCKET ENTRY:

**MAGISTRATE JUDGE COLE**

**BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE.**

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                     UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | Number of notices | DOCKET# |
| No notices required. | | Date docketed | |
| Notices mailed by judge's staff. | | Docketing dpty. initials | |
| Notified counsel by telephone. | | | |
| Docketing to mail notices | | | |
| Mail AO 450 form. | | Date mailed notice | |
| Copy to judge/magistrate judge. | | Mailing dpty. initials | |
| Courtroom Deputy initials | Date/time received in Central Clerk's office | | |