IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CR 530 |
| | ) | |
| | ) | Judge Ronald A. Guzman |
| | ) | |
| v. | ) | |
| DWAYNE WILLIAMS | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO PRODUCE UNREDACTED COPIES

NOW COMES, Dwayne Williams, by and through his counsel, Brian M. Collins, and moves this Honorable Court to order that unredacted copies of discovery materials be provided to defendant, and in support thereof states as follows:

1. A short time ago the prosecutor in this case turned over limited discovery which had been redacted on its face. He declined to turn over additional discovery which included search warrants, affidavits in support of search warrants and related materials. Copies of these documents will be made available for the Court should the Court desire to review them.

2. While the prosecutor may have been acting in good faith when he turned over the initial documents consisting of police/agent reports, that does not appear to be the case at this time. In the interim there had been the presentation by the prosecutor of a motion for a protective order. That motion was denied by the Court a short time ago.

3. The redacted copies of the search warrants and affidavits and supporting documents have been redacted as to significant information which is relevant and subject to examination by the defense. Non redacted copies of the earlier tendered documents

referred to in paragraph (1) above must be replaced by unredacted copies. Counsel has an obligation to investigate the circumstances and the evidence in this case. Mr. Williams has a constitution right to the effective assistance of counsel and to confront the evidence against him. To do so and enforce his rights he must be fully advised of the evidence against him and be able to investigate the basis of the evidence to confront it in Court through cross-examination and/or the presentment of impeaching evidence and/or contrary evidence. At this point it is not possible to do that because of their redactions. It is necessary for the defense to receive unredacted copies of the search warrants, affidavits and supporting documents in order to be able to conduct an investigation regarding this matter and/or to file motions to quash the search warrants based upon most of the redacted material.

4.  Additionally, the redactions by the prosecutor in this case now raise the issue as to whether or not the search warrants, affidavits and supporting documents were reviewed by the Judicial Officer in a redacted or unredacted state at the time the Judicial Officer approved the search warrants. Those are issues which now have been raised by the conduct of the prosecutor.

5.  The conduct of the prosecutor seems to fly in the face of the ruling of this Court recently with respect to the earlier litigated protective order.

6.  In an attempt to reconcile this matter counsel spoke to the prosecutor on September 3, 2008 in the hope of resolving the differences of the parties in obtaining the documents necessary for the preparation and filing of pretrial motions. That matter could not be resolved.

7.   It is requested by the defendant through his counsel that the Court order the prosecutor to immediately produce unredacted copies of all of the materials that had been produced in a redacted fashion. This delay caused by the prosecutor will further delay the preparation and filing of pre trial motions, specifically, motions to quash the warrants and other legal motions.

**WHEREFORE,** Dwayne Williams respectfully requests that this Court grant his motion.

Respectfully Submitted,

By:   s/ Brian M. Collins
BRIAN M. COLLINS
70 W. Hubbard Street
Suite 302
Chicago, Illinois 60610
Tel: (312) 755 0303
Fax: (312) 755 0305
Atty. No. 29003

STATE OF ILLINOIS )
                             ) SS
COUNTY OF COOK )

### PROOF OF SERVICE

I, Brian M. Collins, an attorney, certify and verify that on September 5, 2008, I electronically filed and/or hand delivered a copy of the foregoing **MOTION TO PRODUCE UNREDACTED COPIES** to:

Michael Donovan, A.U.S.A
Assistant U.S. Attorney
219 South Dearborn
Suite 500
Chicago, Illinois 60604


                                                      Respectfully Submitted,

By:   <u>s/ Brian M. Collins</u>
       BRIAN M. COLLINS
       70 W. Hubbard Street
       Suite 302
       Chicago, Illinois 60610
       Tel: (312) 755 0303
       Fax: (312) 755 0305
       Atty. No. 29003