IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CR 530 |
| ) | |
| ) | Judge Ronald A. Guzman |
| ) | |
| v.   ) | |
| DWAYNE WILLIAMS ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To:  Michael Donovan
     Assistant U.S. Attorney
     219 S. Dearborn
     Suite 500
     Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on the 9th day of September, 2008, at 9:30 a.m. I shall appear before the Honorable Ronald A. Guzman in the United States District Court for the Northern District of Illinois and present the attached **MOTION TO PRODUCE UNREDACTED COPIES**, a copy of which is hereby served upon you.

Respectfully Submitted,

By: s/ Brian M. Collins

BRIAN M. COLLINS
70 W. Hubbard Street,
Suite 302
Chicago, Illinois 60610
Tel: (312) 755 0303
Fax: (312) 755 0305
E-mail: briancollins302@sbcglobal.net
Atty. No. 29003