UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No.   08 CR 530 |
| v. ) | |
| ) | Judge Ronald A. Guzman |
| DWAYNE WILLIAMS ) | |

## PROTECTIVE ORDER

Upon the agreed motion for a protective order, it is hereby ORDERED as follows:

1. All materials which contain any identifying information of the confidential source used by the government during the investigation of this case, which is produced by the government in preparation for, or in connection with, any stage of the proceedings in this case, shall remain the property of the United States. Upon conclusion of the trial and any appeals of this case or the earlier resolution of charges against the defendant, all such materials and all copies made thereof shall be destroyed. All copies withheld by the defense by express order of Court shall be preserved only so long as is necessary for further proceedings related to this cause, after which they shall be returned to the United States or destroyed. The Court may require a certification as to the disposition of any such materials retained.

2. All materials which contain any identifying information of the confidential source provided by the United States, and the information therein, and information tending to identify the confidential source developed by the defense as a result of investigation, may be utilized by the defendant and defense counsel solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding. Such materials and any of their contents shall not be

disclosed either directly or indirectly to any person or entity other than the defendant, defendant's counsel, or persons employed to assist in the defense, or such other persons as to whom the Court may authorize disclosure. Any notes or records of any kind that defense counsel or the defendant may make relating to the contents of materials provided by the government shall not be disclosed to anyone other than the defendant's counsel, and persons employed to assist the defense, or such other persons as to whom the Court may authorize disclosure, and all such notes and records shall not be disclosed except as provided by this Order.

3. Materials which contain any identifying information of the confidential source provided by the United States shall not be copied or reproduced except so as to provide copies of the material for the use by defendant's lawyer and defendant and such persons as are employed by them to assist in the defense and such copies and reproductions shall be treated in the same manner as the original matter.

4. The restrictions set forth in this order do not apply to documents that are public record, including but not limited to, trial transcripts, documents that have been received in evidence at other trials, or documents that are otherwise in the public domain.

5. Defense counsel shall advise his client of the contents of this order without delay. Intentional violation of this Order is punishable as a contempt, and may result in the imposition of civil and criminal sanctions. However, nothing contained in this protective order shall preclude any party from applying to the Court for further relief or for modification of any provision hereof.

Ronald A. Guzman
*United States District Court Judge*

Date: 8/17/09